**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**December 3, 2014**

————————————————

**Elisabeth A. Shumaker**
**Clerk of Court**

SUZANNE SHELL,

     Plaintiff - Appellant,

v.

LEONARD HENDERSON, et al.,

     Defendants - Appellees.

No. 14-1330
(D.C. No. 1:09-CV-00309-MSK-KMT)

————————————————

## ORDER

————————————————

This matter is before the court on the appellant's status report. By order entered November 20, 2014, we directed the appellant to provide the court with an update on her efforts to obtain transcripts and whether briefing in this appeal can begin. The appellant responded that she has filed a motion in the district court to amend her notice of appeal and that if granted, the motion would change the scope of the appeal. The appellant's motion was filed September 24, 2014, and remains pending.

Given the uncertainty about the ultimate content of the record, we will not start briefing at this time. We will, however, direct the appellant to notify this court promptly once she receives notice that the district court has taken action on her motion to amend the notice of appeal. And once the district court disposes of that motion, the appellant shall promptly resolve any outstanding transcript ordering issues to comport with the district court's disposition of the motion to amend the notice of appeal.

If the district court has not disposed of the motion to amend the notice of appeal

within 30 days of the date of this order, the appellant shall file a status report in this court

advising of the current status of her motion in district court and of any additional matters

that may affect the briefing schedule for this appeal.

The parties will receive additional information about procedure for this appeal

after one of the two events described above occurs.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Lara Smith
    Counsel to the Clerk