Case No. 12-1445

IN THE UNITED STATES COURT OF
APPEALS FOR THE TENTH CIRCUIT

ANDY KERR, Colorado State
Representative, *et al*.

    Plaintiffs-Appellees,

v.

JOHN HICKENLOOPER,
Governor of Colorado,
in his official capacity,

    Defendant-Appellant.

On Appeal from
The United States District Court For the District of Colorado
D.C. No. 11-cv-01350-RM-NYW
Hon. Raymond Moore, United States District Judge

**Motion for Withdrawal of Counsel**

Pursuant to 10th Cir. R. 46.4(C), undersigned counsel moves for the withdrawal of Michael Francisco, Assistant Solicitor General, and Bernie Buescher, Deputy Attorney General, as co-counsel for John Hickenlooper, Governor of Colorado.

Michael Francisco left his position as Assistant Solicitor General on March 9, 2015. Bernie Buescher retired as Deputy Attorney General on August 29, 2014. The withdrawal of counsel will not adversely affect the interests of any party as the Office of

the Attorney General continues to represent Governor Hickenlooper without interruption.

Undersigned counsel moves this court accordingly for an order allowing the withdrawal of Michael Francisco and Bernie Buescher as co-counsel for Governor Hickenlooper.

Respectfully submitted this 30th day of March, 2015.

CYNTHIA H. COFFMAN
Attorney General

*s/ Megan Paris Rundlet*
_____
MEGAN PARIS RUNDLET
Senior Assistant Attorney General

Office of the Colo. Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000

*Attorneys for Defendant-Appellant John Hickenlooper, Governor of the State of Colorado*

## CERTIFICATE OF DIGITAL SUBMISSION
## AND PRIVACY REDACTIONS

I hereby certify that a copy of the foregoing **Motion for Withdrawal of Counsel** as submitted in Digital Form via the court's ECF system, is an exact copy of the written document filed with the Clerk and has been scanned for viruses with the System Center Endpoint Protection, Version 1.195.840.0, and, according to the program, is free of viruses. In addition, I certify all required privacy redactions have been made.

*s/ Mary A. Brown*
_____

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of March, 2015, I provided service of this **Motion for Withdrawal of Counsel** through the federal ECF filing protocol which will provide electronic service to the parties of record, listed below and/or their law firms:

**Attorneys for Plaintiffs**:

Lino S. Lipinsky de Orlov
(llipinsky@mckennalong.com)
Herbert Lawrence Fenster
(hfenster@mckennalong.com)
David Evans Skaggs
(dskaggs@mckennalong.com)
Michael F. Feeley
(mfeeley@bhfs.com)
John A. Herrick
(jherrick@bhfs.com)
Geoffrey W. Williamson
(gwilliamson@bhfs.com)
Carrie E. Johnson
(cjohnson@bhfs.com)


*s/ Mary A. Brown*