FILED
United States Court of Appeals
Tenth Circuit

April 1, 2015

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

―――――――――――――――――――――

| | |
|---|---|
| ANDY KERR, Colorado State Representative, et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> JOHN HICKENLOOPER, Governor of Colorado, in his official capacity, <br><br> Defendant - Appellant. <br><br>------------------------------ <br><br> DARCY W. STRAUB, et al., <br><br> Amici Curiae. | No. 12-1445 |

―――――――――――――――――――――

**ORDER**

―――――――――――――――――――――

Before **BRISCOE**, Chief Judge, **SEYMOUR**, and **LUCERO**, Circuit Judges.

―――――――――――――――――――――

Attorneys' motion to withdraw as counsel for appellant is granted. Michael Francisco and Bernie Buescher shall be withdrawn as counsel of record for the appellant.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk