FILED
United States Court of Appeals
Tenth Circuit

November 23, 2015

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION<br><br>-------------------------------------<br><br>ZACHARY WILSON, et al.,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>CIRCLE K STORES, INC., et al.,<br><br>    Defendants - Appellants,<br><br>v.<br><br>CHEVRON USA, INC., et al.,<br><br>    Defendants - Appellees,<br><br>and<br><br>BP CORPORATION NORTH AMERICA, INC., et al.,<br><br>    Defendants.<br>_____<br><br>IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION<br><br>-------------------------------------<br><br>ZACHARY WILSON, et al.,<br><br>    Plaintiffs - Appellees, | No. 15-3221<br>(D.C. No. 2:07-MD-01840-KHV)<br>(D. Kan.) |

| | |
|---|---|
| v.<br><br>CIRCLE K STORES, INC, et al.,<br><br>    Defendants - Appellants,<br><br>CHEVRON USA, INC., et al.,<br><br>    Defendants - Appellees,<br><br>and<br><br>BP CORPORATION NORTH AMERICA, INC., et al.,<br><br>    Defendants. | No. 15-3227<br>(D.C. No. 2:07-MD-01840-KHV)<br>(D. Kan.) |

―――――――――――――――――――――――

IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION

-------------------------------------

| | |
|---|---|
| ZACHARY WILSON, et al.,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>BP CORPORATION NORTH AMERICA, INC., et al.,<br><br>    Defendants,<br><br>and<br><br>CHEVRON USA, INC., et al.,<br><br>    Defendants- Appellees,<br><br>v. | No. 15-3228<br>(D.C. No. 2:07-MD-01840-KHV)<br>(D. Kan.) |

| | |
|---|---|
| MELISSA HOLYOAK, et al., <br><br> Objectors - Appellants. <br> _____ <br><br> IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION <br><br> ------------------------------------ <br><br> ANNIE SMITH, et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, <br><br> Defendant - Appellant, <br><br> and <br><br> BP PRODUCTS NORTH AMERICA INC., et al., <br><br> Defendants, <br><br> v. <br><br> SPEEDWAY LLC, et al., <br><br> Objectors. | No. 15-3254 <br> (D.C. No. 2:07-MD-01840-KHV) <br> (D. Kan.) |

_____

**ORDER**
_____

The captioned appeals are consolidated for procedural purposes only, that is for briefing, record, and submission. The appeals shall be briefed as follows:

1) The appellants in appeals 15-3221 and 15-3227 shall file a joint opening brief and appendix within 40 days of the date of this order.

2) The appellants in appeal no. 15-3228 shall file a joint opening brief and appendix within 30 days of the date of service of the appellants' brief in appeals 15-3221 and 15-3227.

3) The appellant in appeal no. 15-3254 shall file its opening brief and appendix within 30 days of the date of service of the appellants' brief in 15-3228.

4) The appellees in appeals 15-3221 and 15-3227 shall file a joint response brief within 30 days of the date of service of the appellant's opening brief in appeal no. 15-3254.

5) The appellees in appeal 15-3228 shall file a joint response brief within 21 days of the date of service of the appellees' brief in appeals 15-3221 and 15-3227.

6) The appellees in appeal no. 15-3254 shall file a joint response brief within 21 days of the date of service of the appellees' brief in appeal no. 15-3228.

7) The appellants may file reply briefs within 14 days of the date the last response brief is filed. The appellants may file only one reply brief in each appeal. For appeals 15-3221 and 15-3227 only one reply brief may be filed.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Ellen Rich Reiter
     Jurisdictional Attorney